IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA GILLMORE HESINGTON<br>Plaintiff<br><br>vs.<br><br>ACADEMY COLLECTION SERVICES, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-4716 |

## STIPULATION OF DISMISSAL

AND NOW, this 22nd day of January, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP


BY:   /s/ *Bruce K. Warren*
         Bruce K. Warren, Esquire
         Attorney for Plaintiff



Marshall Dennehey Warner Coleman & Goggin

BY: _____
         Dean H. Malik, Esquire
         Attorney for Defendant